ORIGINAL

SEALED
BY ORDER OF THE COURT

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Chief, Drug and Organized
  Crime Section

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2014

at 10 o'clock and 35 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00173 DKW |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| v. | ) | [21 U.S.C. § 841(a)(1) and (b)(1)(A), 846 and 18 U.S.C. § 2] |
| KIRISIMASI MASUISUI, (01) | ) | |
| IRINEO CHAVEZ, (02) | ) | |
| HOBART AUELUA, (03) | ) | |
| CHRISTOPHER LUM, (04) | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown but from at least on or about sometime in 2010, and continuing to on or about January 19,

2014, in the District of Hawaii and elsewhere, Defendants KIRISIMASI MASUISUI, IRINEO CHAVEZ, HOBART AUELUA and CHRISTOPHER LUM and others known and unknown to the Grand Jury, knowingly and intentionally conspired to distribute and to possess with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers and five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomer, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). All violation of Title 21, United States Code, Section 846.

### Count 2

The Grand Jury further charges that:

On or about January 19, 2014, in the District of Hawaii and elsewhere, Defendants KIRISIMASI MASUISUI, IRINEO CHAVEZ and HOBART AUELUA did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

//
//

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

DATED: April 10, 2014, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, Grand Jury

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

*[signature]*

BEVERLY WEE SAMESHIMA
Chief, Drug and Organized
  Crime Section

*[signature]*

THOMAS MUEHLECK
Assistant U.S. Attorney

UNITED STATES v. KIRISIMASI MASUISUI, ET AL.
Cr. No. 14-00173 DKW
"Superseding Indictment"