PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii
SALINA KANAI ALTHOF #8096
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: Salina_Althof@fd.org

Attorney for Defendant (04)
CHRISTOPHER LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 14-00173 DKW-04 |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE RE PASSPORT |
| CHRISTOPHER LUM, (04) | ) |
| Defendant. | ) |

## NOTICE RE PASSPORT

I HEREBY DECLARE that I do not have access to a valid passport and I will not apply for the issuance of a passport during the pendency of this action.

DATED: Honolulu, Hawaii, April 14, 2014.

_____
CHRISTOPHER LUM
Defendant