UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA )   CASE NUMBER  CR-14-173
                         )
                         )
              vs         )   ABSTRACT OF RELEASE
                         )
     Christopher Lum     )
                         )
                         )

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 11 2014
at 2 o'clock and 35 min. P.M.
SUE BEITIA, CLERK

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __04/11/2014__ the Court entered the following order:

_____ Defendant to be released from custody forthwith

__✓__ Released to / continued on pretrial release

_____ Sentenced to time served

_____ Case Dismissed

_____ Released to / continued on supervised probation / unsupervised probation

_____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Sue Beitia, Clerk of Court
by: _____ Deputy Clerk