# MINUTES

CASE NUMBER:          CR 14-00173 DKW

CASE NAME:            USA v. (04) Christopher Lum

ATTYS FOR PLA:        Thomas Muehleck

ATTYS FOR DEFT:       (04) Salina Kanai Althof

INTERPRETER:

JUDGE:     Derrick K. Watson          REPORTER:     Gloria Bediamol

DATE:      12/07/2016                 TIME:         10:35 - 11:05

COURT ACTION:  EP: Change of Plea Hearing as to (04) Christopher Lum.  Defendant (04) Christopher Lum present, not in custody.

Defendant (04) Christopher Lum sworn, questioned by the Court.  Court informs Defendant (04) Christopher Lum of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, trial rights, etc.  No Memorandum of Plea Agreement.

Court conducted a colloquy with Defendant (04) Christopher Lum as to his role described in Count 1 of the Second Superseding Indictment that makes him guilty.

Plea of Guilty to Count 1 of the Second Superseding Indictment entered by Defendant (04) Christopher Lum.  Court accepts Defendant (04) Christopher Lum's plea of guilty to Count 1 of the Second Superseding Indictment.

Sentencing to Count 1 of the Second Superseding Indictment as to Defendant (04) Christopher Lum set for 3/22/2017 @ 9:30 a.m. before Judge Derrick K. Watson.

Without objections by the Govt., Court finds that there are exceptional reasons to justify Defendant (04) Christopher Lum remaining out on bail with the same conditions to apply pending sentencing.

Submitted by: Tammy Kimura, Courtroom Manager