ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Tom.Muehleck@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LUM, (04)<br><br>Defendant. | CR. NO. 14-00173-04 DKW<br><br>UNITED STATES' RESPONSE TO DEFENSE ATTORNEY'S MOTION TO CONTINUE AS CJA COUNSEL; CERTIFICATE OF SERVICE |

UNITED STATES' RESPONSE TO DEFENSE ATTORNEY'S MOTION TO CONTINUE AS CJA COUNSEL

COMES NOW, the United States of America, by and through the United States Attorney for the District of Hawaii, hereby files its response to Defense Attorney's Motion to Continue as CJA Counsel.

The United States does not oppose Defendant’s attorney’s request to continue as CJA counsel.

DATED: April 14, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

By /s/ Thomas Muehleck
THOMAS MUEHLECK
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Salina Althof, Esq.

Attorney for Defendant
CHRISTOPHER LUM

DATED: April 14, 2017, at Honolulu, Hawaii.

/s/ Dawn Aihara