SALINA M. KANAI #8096
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     salina_kanai@fd.org

Attorney for Defendant (04)
CHRISTOPHER LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 14-00173DKW-4 |
|---|---|---|
| Plaintiff, | ) ) ) | MOTION FOR EARLY TERMINATION OF SUPERVISED |
| vs. | ) ) ) | RELEASE; MEMORANDUM IN SUPPORT OF MOTION; EXHIBITS |
| CHRISTOPHER LUM,   (04) | ) | A - K; CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) ) ) ) ) |  |

**Motion For Early Termination Of Supervised Release**

Defendant CHRISTOPHER LUM, by and through counsel, moves this Honorable Court for early termination of supervised release, pursuant to 18 U.S.C. §3583(e).

This motion is based upon the attached Memorandum in Support of Motion and the records and files herein.

DATED: Honolulu, Hawaii, August 4, 2022.

Respectfully submitted,

 /s/ Salina M. Kanai
SALINA M. KANAI
Attorney for Defendant (04)
CHRISTOPHER LUM

## Certificate Of Service

I, SALINA M. KANAI, hereby certify that by the method of service noted below, a true and correct copy of the foregoing was served on the following on August 4, 2022.

Served Electronically through CM/ECF:

    THOMAS MUEHLECK    tom.muehleck@usdoj.gov
    Assistant United States Attorney
    300 Ala Moana Boulevard, Room 6100
    Hoolulu, Hawaii 96850

Served Via E-Mail:

    SARA M.NIELING    sara_nieling@hip.uscourts.gov
    United States Probation Officer
    300 Ala Moana Boulevard, Room 2300
    Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, August 4, 2022.

                                            */s/ Salina M. Kanai*
                                            SALINA M. KANAI
                                            Attorney for Defendant (04)
                                            CHRISTOPHER LUM